# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 10-1172 | September Term, 2014 |
| | EPA-75FR25324 |

Filed On: April 22, 2015 [1548683]

American Forest & Paper Association,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Alliance of Automobile Manufacturers, et al.,

    Intervenors

## O R D E R

    It is **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case by May 22, 2015.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

          BY:    /s/
                    Laura M. Chipley
                    Deputy Clerk